John L. Burris, Esq., SBN 69888
DeWitt M. Lacy, Esq., SBN 258789
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
john.burris@johnburrislaw.com
dewitt.Lacy@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA BIOCINI, et al<br><br>        Plaintiffs,<br><br>        v.<br><br>CITY OF OAKLAND, et al<br><br>        Defendants. | Case No.: 3:14-cv-03315-TEH<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE CASE<br>MANAGEMENT CONFERENCE** |

Plaintiffs ANA BIOCINI and Defendants CITY OF OAKLAND, *et. al.* by and through their respective counsel of record, hereby stipulate as follows:

1. A CASE MANAGEMENT CONFERENCE is presently set on December 8, 2014 at 1:30 p.m. for the following actions:

    ANA BIOCINI, *et al* v. CITY OF OAKLAND, *et. al.*

    **(3:14-cv-03315-THE)**

2. Judge Alsup ordered Plaintiffs' counsel to conduct discovery in an unrelated matter (*The Estate Evangelina Macias, et al* v. *Waste Management Holdings, Inc., et al* 3:14- cv-01532-WHA). Accordingly, we scheduled one of those depositions for the morning of December 8, 2014 at 9:00am. This is the only date that the deponent in this matter is available.

3. Due to an unforeseen error by our court reporting service, the time for the deposition start time has been delayed to December 8, 2014 at 11:00 am.

4. Therefore, the parties in this matter have agreed to continue the scheduled Case Management Conference in the matter of ANA BIOCINI, et al v. CITY OF OAKLAND, et al. The parties have been advised that available dates for the CASE MANAGEMENT CONFERENCE include January 5, 2014 and January 12, 2014.

5. Accordingly, the undersigned stipulate and agree to continue the Case Management Conference currently scheduled for December 8, 2014 at 1:30 p.m. to January 5, 2014 at 1:30 p.m. or, if that date is no longer available, to a future date mutually convenient to both parties and the Court.

IT IS SO STIPULATED.

1  DATED:  December 8, 2014                BARBARA J. PARKER, City Attorney OTIS
                                           McGEE, JR., Chief Assistant City Attorney  MARIA
2                                          BEE, Supervising Attorney DAVID A. PEREDA,
                                           Deputy City Attorney
3

4                                           By: */s/ David A. Pereda*
                                            DAVID A. PEREDA
5                                           Attorneys for Defendants,
                                            CITY OF OAKLAND, et al
6

7  DATED: December 8, 2014                 LAW OFFICES OF JOHN L. BURRIS

8                                           By: */s/ DeWitt M. Lacy*
                                               DEWITT M. LACY
9                                              Attorneys for Plaintiff

**[PROPOSED] ORDER**

This matter comes before the Court upon both parties' Stipulation to Continue the Case Management Conference.  Upon careful scrutiny, and for good cause shown, the Court finds the stipulation well taken and grants the request to continue the Case Management Conference.

Accordingly, it is hereby **ORDERED** that:

1. The Case Management Conference, originally set for hearing on December 8, 2014, at 1:30 p.m. shall be continued to January 5, 2015 at 1:30 p.m.

.

**IT IS SO ORDERED**.

DATED: December __8__, 2014



_____