| | |
|---|---|
| 1 | JOHN L. BURRIS, Esq., (SBN 69888) |
|   | DeWITT M. LACY, Esq, (SBN 258789) |
| 2 | **THE LAW OFFICES OF JOHN L. BURRIS** |
|   | Airport Corporate Center |
| 3 | 7677 Oakport Street, Suite 1120 |
| 4 | Oakland, California 94621 |
|   | Telephone: (510) 839-5200 |
| 5 | Facsimile: (510) 839-3882 |
|   | john.burris@johnburrislaw.com |
| 6 | dewitt.lacy@johnburrislaw.com |

Attorneys for Plaintiffs
ANA BIOCINI, et al.

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ANA BIOCINI, et al., | Case No.: 3:14-cv-03315-TEH |
|---|---|
| Plaintiffs, | **DECLARATION OF DEWITT M. LACY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Plaintiff, v. | |
| CITY OF OAKLAND, a municipal corporation; CARLOS NAVARRO, individually and in his capacity as an officer for the CITY OF OAKLAND Police Department; IRA ANDERSON, individually and in his capacity as an officer for the CITY OF OAKLAND Police Department; STEVEN STOUT, individually and in his capacity as an officer for the CITY OF OAKLAND Police Department; and DOES 1-25, inclusive, individually and in their official capacity as police officers for the CITY OF OAKLAND, jointly and severally, | Date: January 11, 2015<br>Time: 10:00 a.m.<br>Place: Courtroom 2, 4th Floor<br><br>Thelton E. Henderson, Judge |
| Defendants. | |

I, DeWitt M. Lacy, hereby declare:

1. I am one of the attorney of record for Plaintiff. This declaration is submitted in support of Plaintiffss Opposition to Defendants' Motion for Summary Judgment, in the above-captioned

*Biocini, et al. v. City of Oakland*, et al., 3:14-cv-03315-TEH      1
Declaration of DeWitt M. Lacy in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment

matter.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff Ana Biocini's Deposition Transcript, pertaining to this matter.

3. Attached hereto as Exhibit B is a true and correct copy of Defendant Carlos Navarro's Deposition Transcript, pertaining to this matter.

4. Attached hereto as Exhibit C is a true and correct copy of Defendant Ira Anderson's Deposition Transcript, pertaining to this matter.

5. Attached hereto as Exhibit D is a true and correct copy of Witness Abel Medina's Deposition Transcript, pertaining to this matter.

7. Attached hereto as Exhibit E is a true and correct copy of Defendant Stephen Stout's Deposition Transcript, pertaining to this matter.

8. Attached hereto as Exhibit F is a true and correct copy of a video recording depicting the subject incident, pertaining to this matter.

9. Attached hereto as Exhibit G is a true and correct copy of a Witness Justin James' Deposition Transcript, pertaining to this matter.

10. Attached hereto as Exhibit H is a true and correct copy of a medical record from the paramedics that responded to the scene on the July 8, 2013 to give medical aid to Decedent Hernan Jaramillo.

11. Attached hereto as Exhibit I is a true and correct copy of the Oakland Police Department General Order pertaining to the detention and arrest of mentally disturbed persons.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my personal knowledge, except where stated on information and belief, and to those matters I am informed and believe them to be true. If called as a witness, I would competently testify to those matters stated herein

Executed August 20, 2015, at Oakland, California.

*Biocini, et al. v. City of Oakland*, et al., 3:14-cv-03315-TEH    2
Declaration of DeWitt M. Lacy in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment

```
                        /s/ DeWitt M. Lacy
                        DeWitt M. Lacy
                        Attorney for Plaintiff
```

*Biocini, et al. v. City of Oakland*, et al., 3:14-cv-03315-TEH                                             3
Declaration of DeWitt M. Lacy in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment