1  BARBARA J. PARKER, City Attorney - SBN 069722
   OTIS McGEE, JR., Chief Assistant City Attorney - SBN. 71885
2  DAVID A. PEREDA, Supervising Deputy City Attorney - SBN 237982
   One Frank H. Ogawa Plaza, 6th Floor
3  Oakland, California  94612
   Phone:  (510) 238-4921 (Pereda)
4  Fax:  (510) 238-6500
   1829702
5
   Attorneys for Defendant
6  CITY OF OAKLAND

7  JOHN L. BURRIS, SBN 69888
   DEWITT M. LACY, SBN 258789
8  LAW OFFICES OF JOHN L. BURRIS
   7677 Oakport Street, Suite 1120
9  Oakland, California 94621
   Telephone: (510) 839-5200; Fax: (510) 839-3882
10
   Attorneys for Plaintiffs
11 ANA BIOCINI, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ANA BIOCINI, et al. | Case No.  3:14-cv-3315-TEH |
|---|---|
| Plaintiffs, | **STATEMENT VERIFYING THAT THE PARTIES MET AND CONFERRED PRIOR TO THE PRETRIAL CONFERENCE** |
| v. | |
| CITY OF OAKLAND, et al. | |
| Defendants. | Date:  January 25, 2016<br>Time:  3:00 p.m.<br>Courtroom: 12, 19th Floor |

The parties respectfully submit this pleading to verify that the parties met and conferred as required by Paragraph 5(a) of the Trial Preparation Order. Dkt. No. 23 (Jan. 6, 2015).

Dated: December 31, 2015          Respectfully submitted,

                                     BARBARA J. PARKER, City Attorney
                                     OTIS McGEE, JR., Chief Assistant City Attorney
                                     DAVID A. PEREDA, Deputy City Attorney

                          By: */s/ David Pereda*
                              DAVID A. PEREDA
                              Attorneys for Defendant
                              CITY OF OAKLAND

Dated: December 31, 2015

                                  LAW OFFICES OF JOHN L. BURRIS

                          By:_____*/s/ Dewitt Lacy*_____
                              DEWITT M. LACY
                              Attorneys for Plaintiffs
                              ANA BIOCINI, et al