UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA BIOCINI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants. | Case No. 14-cv-03315-TEH<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO EXPEDITE HEARING** |

On February 24, 2016, Plaintiffs filed a Motion to Set Aside the Settlement Agreement of January 8, 2016. Docket No. 49. The same day, Plaintiffs filed an Administrative Motion to Expedite Hearing on the Motion to Set Aside the Settlement Agreement. Docket No. 51. Plaintiffs request an expedited hearing date of March 21, 2016. *Id.* at 1-2.

The Civil Local Rules require that "all motions [] be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after filing of the motion." Civ. L. R. 7-2(a). Accordingly, with a filing date of February 24, 2016, the earliest date that Plaintiffs' Motion could be heard – and also be in compliance with the Civil Local Rules – is Wednesday, March 30, 2016. Because the Court holds its motion calendar on Mondays, the earliest possible date for hearing Plaintiffs' Motion is therefore Monday, April 4, 2016.

The only reason provided by Plaintiffs for expediting their Motion hearing is that Plaintiffs' counsel is not available on March 28, 2016. Docket No. 51 at 2. Plaintiffs provided no reason that this matter cannot be heard on the earliest available date under the Civil Local Rules – April 4, 2016. And given the Court's otherwise demanding trial and motion calendar for the month of March, the Court declines to expedite the hearing to a time before the earliest available date.

Accordingly, Plaintiffs' Administrative Motion is hereby DENIED, and Plaintiffs' Motion to Set Aside the Settlement Agreement of January 8, 2016 is hereby set for oral argument on **April 4, 2016 at 10:00 AM** in Courtroom 2, 17th Floor, San Francisco. The briefing schedule for that Motion shall also be set according to the Civil Local Rules: responses are due by **March 9, 2016**; and replies are due by **March 16, 2016**.

**IT IS SO ORDERED.**

Dated: 02/25/16

_____
THELTON E. HENDERSON
United States District Judge