# EXHIBIT 6



City001671



City001672





City001674