1  JOHN L. BURRIS, Esq., (SBN 69888)
   DeWITT M. LACY, Esq, (SBN 258789)
2  **THE LAW OFFICES OF JOHN L. BURRIS**
   Airport Corporate Center
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone: (510) 839-5200
   Facsimile: (510) 839-3882
5  john.burris@johnburrislaw.com
   dewitt.lacy@johnburrislaw.com
6
7  Attorneys for Plaintiffs
   ANA BIOCINI, et al.
8

9              **UNITED STATES DISTRICT COURT**
10         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12  ANA BIOCINI, individually and as joint      Case No.: 3:14-cv-03315-TEH
    successor-in-interest to Decedent HERNAN
13  JARAMILLO; RAFAEL JARAMILLO,             **DECLARATION OF DEWITT M.**
    individually and as joint successor-in-interest  **LACY IN SUPPORT OF PLAINTIFFS'**
14  to Decedent HERNAN JARAMILLO;            **REPLY**
    MARIA CLAUDIA JARAMILLO,
15  individually and as joint successor-in-interest  Date: April 4, 2016
    to Decedent HERNAN JARAMILLO,            Time: 10:00 a.m.
16  DIEGO JARAMILLO, individually and as     Place: Courtroom 12, 19th Floor
    joint successor-in-interest to Decedent
17  HERNAN JARAMILLO, PATRICIA
    JARAMILLO, individually and as joint
18  successor-in-interest to Decedent HERNAN   Thelton E. Henderson, Judge
    JARAMILLO, FELIPE JARAMILLO,
19  individually and as joint successor-in-interest
    to Decedent HERNAN JARAMILLO, JUAN
20  CARLOS JARAMILLO, individually and as
    joint successor-in-interest to Decedent
21  HERNAN JARAMILLO; and THE ESTATE
    OF HERNAN JARAMILLO,
22
23
24                       Plaintiffs,
          v.
25
    CITY OF OAKLAND, a municipal
26  corporation; CARLOS NAVARRO,
    individually and in his capacity as an officer
27  for the CITY OF OAKLAND Police

28  *Biocini, et al. v. City of Oakland*, et al., 3:14-cv-03315-TEH          1
    Declaration of DeWitt M. Lacy in Support of
    Plaintiffs' Reply Brief

Department; IRA ANDERSON, individually and in his capacity as an officer for the CITY OF OAKLAND Police Department; STEVEN STOUT, individually and in his capacity as an officer for the CITY OF OAKLAND Police Department; and DOES 1-25, inclusive, individually and in their official capacity as police officers for the CITY OF OAKLAND, jointly and severally,

Defendants.

I, DeWitt M. Lacy, hereby declare:

1. I am one of the attorney of record for Plaintiffs. This declaration is submitted in support of Plaintiffs' Motion to Set Aside the Settlement, in the above-captioned matter.

2. Attached as Exhibit 1 is true and accurate copy of Ana Biocini's Letter to Plaintiffs' Counsel and Judge Beeler.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my personal knowledge, except where stated on information and belief, and to those matters I am informed and believe them to be true. If called as a witness, I would competently testify to those matters stated herein

Executed March 16, 2016 at Oakland, California.

*/s/ DeWitt M. Lacy*
DeWitt M. Lacy
Attorney for Plaintiffs

*Biocini, et al. v. City of Oakland*, et al., 3:14-cv-03315-TEH          2
Declaration of DeWitt M. Lacy in Support of
Plaintiffs' Reply Brief