Subject:   case #   No . 14-cv- 03315. -
            Special  request  to continue to trial and that is my final decision

Dear Judge  Mr. Burris  and Mr. Lacy

        For all these reasons  I want to continue to trial and that is my final decision

1. I am writing this letter  because due the interruption  connection  with  Skype  we couldn't  corroborated  that all my siblings  were agreed with the settlement . I remember that sometime  before Skype was broken one of my brothers "Felipe still undecided and I was undecided myself as well.
I told this  to the Attorneys ,the Judge including  the translator girl  but  they told me that  they understood that  he was  agreed.
I was afraid  and I  had my doubts about that everybody was agreed  on that day.


**The next day after,  I found out that my brother Felipe never agreed to make the settlement. Still undecided  at the end of the day I believe that final decision  settlement  was no execute until all siblings and myself signed documents. We haven't  have signed any settlement documents yet.**

After I found out my brother Felipe was no agree I  addressed the court  to  corroborate what was writing in those documents after last settlement conference.. As  a result of that I wrote a letter to Honorable judge Beeler requesting  those  document after the settlement  conference.

One thing is that  because the guilt that I have with my brothers about  called the police on that fateful day  and did not want to upset my siblings any  more.
I always wanted to go to court to demand justice for Hernan and raise his  voice to be heard in the courts.
I do  also wanted  to have the opportunity to discussed  the settlement  among  only my siblings without the presence of the  Judge and  attorneys.
I believe  unfortunately  by the lack of communication by Skype Everything was left incomplete and all who were in your office including Honorable Judge Beeler  , the attorneys  assumed  that all my brothers were in agreed  with the settlement.


2.Second Spanish translation was unclear, because the translator was  from Mexico and  Mexican Spanish is  quite different from Colombian Spanish


For all these reasons  I would like to go to trial   , because I  didn't  have the chance  to make my final decision on the last conference Settlement day  and I also want to go to trial in  the memory of my brother Hernan

Sincerely

Ana Biocini