# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Judge:** THELTON E. HENDERSON

**Date:** April 4, 2016

**Case No.**: 14-cv-03315-TEH    **Case Name:** Ana Biocini et al v. City Of Oakland

**Attorney for Plaintiff:** DeWitt Lacey; John Burris
**Attorney for Defendant:** David Pereda

**Deputy Clerk:** Tracy Lucero         **Court Reporter:** Rhonda Aquilina
**Time in Court:** 10:04 to 10:35 (31 minutes)

## PROCEEDINGS

Plaintiffs' Motion to Set Aside Settlement Agreement (Dkt # 49) held.

MOTION/MATTER:  ( ) Granted
( ) Denied
( ) Granted in part/Denied in part
(X) Taken under submission
( ) Withdrawn/Off Calendar
( ) Continued to:

Order to be prepared by:     ( ) Plaintiff   ( ) Defendant   (X) Court

## SUMMARY